Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In Re: | Case No.: | 16-11865-JNP |
| Richard D. Barber and Sherri L. Barber | Judge: | JNP |
| | Chapter: | 13 |
| Debtor(s) | | |

## Chapter 13 Plan and Motions

☐ Original        ☒ Modified/Notice Required        ☒ Discharge Sought

☒ Motions Included        ☐ Modified/No Notice Required        ☐ No Discharge Sought

Date:  01/05/2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

---

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ __200.00__ per __month__ to the Chapter 13 Trustee, starting on __02/01/2017__ for approximately __50__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

---

1

    c. Use of real property to satisfy plan obligations:

      ☐ Sale of real property
        Description:

        Proposed date for completion: _____

      ☐ Refinance of real property:
        Description:
        Proposed date for completion: _____

      ☐ Loan modification with respect to mortgage encumbering property:
        Description:
        Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2:    Adequate Protection

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Brad J. Spiller, Esquire | Attorney's fees | $2,805.00 |

### Part 4:    Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Pennymac Loan Services | 309 New Leaf Ct | $74,518.00 | $250,000.00 | $266,417.00 | $0.00 |  | $0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

| | | |
|---|---|---|
| **d. Secured Claims Unaffected by the Plan** <br> The following secured claims are unaffected by the Plan: | Aurora Loan Services I | |
| **e. Secured Claims to be Paid in Full Through the Plan**: | | |

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

### Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| | | |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |

    b.  **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| Pennymac Loan Services | 309 New Leaf Ct | $74,518.00 |

    c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

**Part 8:    Other Plan Provisions**

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Brad J. Spiller, Esquire
3) Unsecured
4) _____

**d.  Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Loan modification has been approved. | Removing mortgage arrears since loan modification has been approved.  Paying dividend to unsecured creditors. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒  Yes    ☐  No

**Part 10:** **Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 01/05/2017                               /s/ Brad J. Spiller
                                               Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 01/05/2017                               /s/ Richard D. Barber
                                               Debtor

Date: 01/05/2017                               /s/ Sherri L. Barber
                                               Joint Debtor

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                      Case No. 16-11865-JNP
Richard D. Barber                                                           Chapter 13
Sherri L. Barber
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jan 05, 2017
                               Form ID: pdf901              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2017.
db/jdb         Richard D. Barber,   Sherri L. Barber,   309 New Leaf Ct,   Galloway, NJ  08205-9654
cr            +FNBN I, LLC, by PennyMac Loan Services, LLC, its s,    Stern & Eisenberg, PC,   1581 Main Street,
               Suite200,   Warrington, PA 18976-3400
cr            +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road,   Suite 202,
               Fairfield, NJ 07004-2927
515977133      Arrow Financial Servic,   5996 W Touhy Ave,   Niles, IL 60714-4610
515977136      Barclays Bank Delaware,   ATTENTION: CUSTOMER SUPPORT DEPARTMEN,   PO Box 8833,
               Wilmington, DE 19899-8833
515977163     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court:  Thd/cbsd,   CITICORP CREDIT SERVICES/ATTN: CENTRAL,   PO Box 20507,
               Kansas City, MO 64195-0507)
515977137      Cap One,   CAPITAL ONE BANK (USA) N.A.,   PO Box 30285,   Salt Lake City, UT 84130-0285
515977138     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
515977139      Chase,   PO Box 100018,   Kennesaw, GA 30156-9204
515977143     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
515977146      Hsbc Bank,   ATTN: BANKRUPTCY,   PO Box 5213,   Carol Stream, IL 60197-5213
515977148      Hsbc/bstby,   ATTN: BANKRUPTCY,   PO Box 5263,   Carol Stream, IL 60197-5263
515977151      National Credit Soluti,   PO Box 15779,   Oklahoma City, OK 73155-5779
515977152      National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
516196659     +Nationstar Mortgage, LLC,   PO Box 619094,   Dallas, TX 75261-9094
515977153     +Nco Fin /02,   507 Prudential Rd,   Horsham, PA 19044-2368
516115025     +PENNYMAC LOAN SERVICES, LLC,   6101 CONDOR DRIVE SUITE #320,   MOORPARK, CA 93021-2602
515998774     +PennyMac Loan Services, LLC,   C/O Aldridge Pite, LLP,   Fifteen Piedmont Center,
               3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
515977155      Pennymac Loan Services,   Attn: Bankruptcy,   Po Box 514357,   Los Angeles, CA 90051
515977154      Pennymac Loan Services,   27001 Agoura Rd,   Calabasas, CA 91301-5339
515977158     +Rwds660-dsb,   211 N Main,   Blunt, SD 57522-2022
515977159     +Ryan Barber,   910 Symphony Beach Lane,   Apollo Beach, FL 33572-2738
515977160      Salute,   PO Box 105555,   Atlanta, GA 30348-5555
515977162      Seventh Avenue,   1112 7th Ave,   Monroe, WI 53566-1364
515977165     #Zucker, Goldberg & Ackerman, LLC,   PO Box 1024,   Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2017 23:49:23      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2017 23:49:21      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516237572     +E-mail/Text: bncmail@w-legal.com Jan 05 2017 23:49:31      Candica, LLC,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515977140     +E-mail/Text: saratipton@ccsitexas.com Jan 05 2017 23:50:09      Complete Credit Soluti,
               2921 Brown Trl,   Bedford, TX 76021-4174
515977141      E-mail/Text: kmoore@beacon-services.com Jan 05 2017 23:48:54      Estate Recoveries Inc,
               2400 York Rd,   Timonium, MD 21093-2239
515977145      E-mail/PDF: gecsedi@recoverycorp.com Jan 05 2017 23:46:19      Gemb/jcp,
               ATTENTION:  BANKRUPTCY,   PO Box 103104,   Roswell, GA 30076-9104
515977149      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 05 2017 23:49:36      Jefferson Capital Syst,
               16 McLeland Rd,   Saint Cloud, MN 56303-2198
516065092     +E-mail/Text: bknotices@totalcardinc.com Jan 05 2017 23:49:24      Mid America Bank and Trust,
               PO Box 89725,   Sioux Falls, SD 57109-9725
515977150      E-mail/Text: bankruptcydpt@mcmcg.com Jan 05 2017 23:49:20      Midland Credit Mgmt,
               PO Box 939019,   San Diego, CA 92193-9019
516261459      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2017 23:52:04
               Portfolio Recovery Associates, LLC,   c/o Hsbc Bank Nevada, N.a,   POB 41067,
               Norfolk VA 23541
516265379      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 06 2017 00:04:46
               Portfolio Recovery Associates, LLC,   c/o Jc Penney Credit Card,   POB 41067,
               Norfolk VA 23541
516264675      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2017 23:51:57
               Portfolio Recovery Associates, LLC,   c/o The Home Depot,   POB 41067,   Norfolk VA 23541
515977156      E-mail/Text: bknotices@totalcardinc.com Jan 05 2017 23:49:24      Plains Comm,   PO Box 89937,
               Sioux Falls, SD 57109-6937
515977157      E-mail/Text: bknotices@totalcardinc.com Jan 05 2017 23:49:24      Plains Commerce Bank,
               PO Box 89937,   Sioux Falls, SD 57109-6937
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jan 05, 2017
                               Form ID: pdf901          Total Noticed: 39

515977134*        Arrow Financial Servic,    5996 W Touhy Ave,   Niles, IL 60714-4610
515977164*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Zales/cbsd,      ATTN.: CENTRALIZED BANKRUPTCY,    PO Box 20363,
                  Kansas City, MO 64195-0363)
515977144*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515977147*        Hsbc Bank,    ATTN: BANKRUPTCY,    PO Box 5213,    Carol Stream, IL 60197-5213
515977161*        Salute,    PO Box 105555,    Atlanta, GA 30348-5555
515977135        ##Aurora Loan Services I,    ATTN: BANKRUPTCY DEPT.,    PO Box 1706,   Scottsbluff, NE 69363-1706
515977142        ##First Bk Of De/simply,    1000 Rocky Run Pkwy,    Wilmington, DE 19803-1455
                                                                                       TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2017 at the address(es) listed below:
              Brad J. Spiller    on behalf of Debtor Richard D. Barber bankruptcy@brennerlawoffice.com
              Brad J. Spiller    on behalf of Joint Debtor Sherri L. Barber bankruptcy@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-2N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Steven P. Kelly    on behalf of Creditor    FNBN I, LLC, by PennyMac Loan Services, LLC, its
               servicing agent skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                              TOTAL: 7
```