UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000

Order Filed on January 18, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard D. Barber
Sherri I. Barber

Case No.: 16-11865

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 18, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brad J. Spiller_____, the applicant, is allowed a fee of $ _____900_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____900_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____*_____ per month for _____ months to allow for payment of the above fee.

*Payments will be adjusted at Confirmation hearing

*rev.8/1/15*

Case 16-11865-JNP Doc 53-1 Filed 10/19/17 Entered 10/19/17 15:14:03 Desc Main
Proposed Order Page 2 of 2

2