Form: ICB-12001-01 rev. 01

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002-2977 | Order Filed on February 17,<br>2017 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |

| | |
|---|---|
| In Re:<br><br>  Richard D. Barber<br>  Sherri L. Barber<br><br>                                    Debtor(s) | Case No.:      16-11865 (JNP)<br><br>Hearing Date:  02/15/2017<br><br>Judge:          Jerrold N. Poslusny Jr. |

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through four(4) is hereby **ORDERED**.

**DATED: February 17, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 4
Debtor: Richard D. Barber and Sherri L. Barber
Case No.: 16-11865 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 02/02/2016, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $200.00 **for a period of 49 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $5,623.00 paid to date.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $3,495.00.  The unpaid balance of the allowed fee in the amount of $2,805.00 plus costs of $0.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

Debtor: Richard D. Barber and Sherri L. Barber
Case No.: 16-11865 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor's Motion to Void Liens and Reclassify Claims from Secured to Unsecured be and hereby is granted.  The following claims shall be reclassified as unsecured and liens voided upon completion of the debtor's plan:

    Pennymac Loan Servicing 2nd mortgage avoid & reclassify

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

Page 4 of 4
Debtor: Richard D. Barber and Sherri L. Barber
Case No.: 16-11865 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

**ORDERED** as follows:

pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Nationstar Mortgage will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Nationstar Mortgage on account of pre-petition arrears set forth in the proof of claim dated May 25, 2016. total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:
Richard D. Barber
Sherri L. Barber
      Debtors

Case No. 16-11865-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin         Page 1 of 1         Date Rcvd: Feb 17, 2017
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.
db/jdb        Richard D. Barber,   Sherri L. Barber,   309 New Leaf Ct,   Galloway, NJ  08205-9654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:
              Brad J. Spiller    on behalf of Debtor Richard D. Barber bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
              Brad J. Spiller    on behalf of Joint Debtor Sherri L. Barber bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor   LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor   Lehman XS Trust Mortgage legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Patrick O. Lacsina    on behalf of Creditor   Nationstar Mortgage LLC gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Steven P. Kelly    on behalf of Creditor   FNBN I, LLC, by PennyMac Loan Services, LLC, its servicing agent skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                                               TOTAL: 8