UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on October 12, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard D. Barber and Sherri L. Barber

Case No.: 16-11865

Chapter: 13

Judge: Poslusny

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is **ORDERED**.

**DATED: October 12, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of ____Brad Spiller, Attorney for Debtors____ for the reduction of time for a hearing on  Motion to Sell 606 Lakefront Circle, Galloway, NJ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ____Tuesday, October 17, 2017____ at  10:00 AM  in the United States Bankruptcy Court, _____400 Cooper Street, Camden, New Jersey_____, Courtroom No. ___4C___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee, Secured Creditors and those who filed a notice of appearance

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Remaining Creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:
Richard D. Barber
Sherri L. Barber
      Debtors

Case No. 16-11865-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 1  Date Rcvd: Oct 12, 2017
                         Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2017.
db/jdb       Richard D. Barber,   Sherri L. Barber,   309 New Leaf Ct,   Galloway, NJ 08205-9654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2017 at the address(es) listed below:
        Brad J. Spiller   on behalf of Debtor Richard D. Barber bankruptcy@brennerlawoffice.com,
         aarcher@brennerlawoffice.com
        Brad J. Spiller   on behalf of Joint Debtor Sherri L. Barber bankruptcy@brennerlawoffice.com,
         aarcher@brennerlawoffice.com
        Denise E. Carlon   on behalf of Creditor   LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
         SERIES 2007-2N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Laura M. Egerman   on behalf of Creditor   Lehman XS Trust Mortgage bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Patrick O. Lacsina   on behalf of Creditor   Nationstar Mortgage LLC bmusarra@rasnj.com,
         bkyecf@rasflaw.com,legerman@rasnj.com
        Steven P. Kelly   on behalf of Creditor   FNBN I, LLC, by PennyMac Loan Services, LLC, its
         servicing agent skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                              TOTAL: 8