UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
BS 1035
Attorney for Debtor(s)

**Order Filed on October 17, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Richard D. Barber and Sherri L. Barber,
Debtors

| | |
|---|---|
| Case No.: | 16-11865 |
| Hearing Date: | November 14, 2017 |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

Recommended Local Form: ☒ Followed ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: October 17, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____606 Lakefront Circle, Galloway_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Wanda Butler and Daniel Boddy |
| Amount to be paid: | 6% of gross sales price |
| Services rendered: | Realtor |

**OR**:  ☒  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $___5,929.93___ claimed as exempt may be paid to the Debtor, under 11 U.S.C. §522(d)(5) and said funds may be disbursed directly to the debtor at closing.

6. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

7. Other provisions: ORDERED that debtor counsel be allowed a legal fee of $500.00 for representation in connection with this motion, which is to be paid (choose one): _____ at closing   ____X___ through the plan   _____ outside the plan;

8. Non-exempt proceeds in the amount listed in the verified chapter 13 payoff shall be forward to the chapter 13 Trustee to pay 100% of unsecured creditors who filed timely claims. Any additional proceeds may be disbursed directly to the creditor.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Richard D. Barber  
Sherri L. Barber  
    Debtors

Case No. 16-11865-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 17, 2017  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.  
db/jdb        Richard D. Barber,    Sherri L. Barber,    309 New Leaf Ct,    Galloway, NJ   08205-9654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
- Brad J. Spiller    on behalf of Debtor Richard D. Barber bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
- Brad J. Spiller    on behalf of Joint Debtor Sherri L. Barber bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
- Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
- Laura M. Egerman    on behalf of Creditor    Lehman XS Trust Mortgage bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
- Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com
- Steven P. Kelly    on behalf of Creditor    FNBN I, LLC, by PennyMac Loan Services, LLC, its servicing agent skelly@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                                 TOTAL: 8