UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
BS 1035
Attorney for Debtor(s)

**Order Filed on October 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Richard D. Barber and Sherri L. Barber,

Debtors

| | |
|---|---|
| Case No.: | 16-11865 |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER ALLOWING REAL ESTATE BROKER'S COMMISSIONS AND
ATTORNEY'S FEES HELD IN ESCROW TO BE DISBURSED**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 25, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come to the Court upon Debtor's Notice of Proposed Private Sale, heard on shortened time on October 17, 2017.

And at the time of the October 17, 2017, hearing Debtor's Realtor had yet to be appointed. As such, the Order approving Private Sale ordered:

> "Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court."

On October 24, 2017, an Order Granting Application to Employ Debtor's Realtor was granted.

As such,

**IT IS** hereby **ORDERED:**

Any funds held in escrow or otherwise due to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys in relation to the hearing held on October 17, 2017, are hereby allowed to be disbursed.