Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−11865−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard D. Barber							Sherri L. Barber
309 New Leaf Ct							309 New Leaf Ct
Galloway, NJ 08205−9654						Galloway, NJ 08205−9654

Social Security No.:
   xxx−xx−7054							xxx−xx−9559

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 24, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 50 − 47
Order Granting Application to Employ Daniel Boddy as Realtor for Debtors (Related Doc # 47). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/24/2017. (cmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 24, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard D. Barber  
Sherri L. Barber  
    Debtors

Case No. 16-11865-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 24, 2017  
                     Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
r             +Daniel Boddy,    Century 21 Frick Realtors,    117 W. White Horse Pike,    Galloway, NJ 08205-9447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:
             Brad J. Spiller    on behalf of Debtor Richard D. Barber bankruptcy@brennerlawoffice.com,
              aarcher@brennerlawoffice.com
             Brad J. Spiller    on behalf of Joint Debtor Sherri L. Barber bankruptcy@brennerlawoffice.com,
              aarcher@brennerlawoffice.com
             Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
              SERIES 2007-2N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
             Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
              summarymail@standingtrustee.com
             Laura M. Egerman    on behalf of Creditor    Lehman XS Trust Mortgage bkyecf@rasflaw.com,
              bkyecf@rasflaw.com;legerman@rasnj.com
             Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
              bkyecf@rasflaw.com,legerman@rasnj.com
             Steven P. Kelly    on behalf of Creditor    FNBN I, LLC, by PennyMac Loan Services, LLC, its
              servicing agent skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                                 TOTAL: 8