UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
BS 1035
Attorney for Debtor(s)

Order Filed on October 24, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard D. Barber and Sherri L. Barber,

Debtor(s)

Case No.: 16-11865

Chapter: 13

Judge: JNP

## ORDER AUTHORIZING RETENTION OF

Daniel Boddy

The relief set forth on the following page is **ORDERED**.

**DATED: October 24, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Daniel Boddy_____

as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  Century 21 Frick Realtors
   
   117 W. White Horse Pike
   
   Galloway, NJ  08205

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Richard D. Barber
Sherri L. Barber
    Debtors

Case No. 16-11865-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin    Page 1 of 1    Date Rcvd: Oct 24, 2017
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
db/jdb        Richard D. Barber,   Sherri L. Barber,   309 New Leaf Ct,   Galloway, NJ   08205-9654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:
          Brad J. Spiller    on behalf of Debtor Richard D. Barber bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
          Brad J. Spiller    on behalf of Joint Debtor Sherri L. Barber bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
          Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Laura M. Egerman    on behalf of Creditor    Lehman XS Trust Mortgage bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com
          Steven P. Kelly    on behalf of Creditor    FNBN I, LLC, by PennyMac Loan Services, LLC, its servicing agent skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                TOTAL: 8