UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
BS 1035
Attorney for Debtor(s)

Order Filed on October 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard D. Barber and Sherri L. Barber,

Debtors

Case No.: 16-11865

Chapter: 13

Judge: JNP

**ORDER ALLOWING REAL ESTATE BROKER'S COMMISSIONS AND
ATTORNEY'S FEES HELD IN ESCROW TO BE DISBURSED**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

DATED: October 25, 2017

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come to the Court upon Debtor's Notice of Proposed Private Sale, heard on shortened time on October 17, 2017.

And at the time of the October 17, 2017, hearing Debtor's Realtor had yet to be appointed. As such, the Order approving Private Sale ordered:
> "Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court."

On October 24, 2017, an Order Granting Application to Employ Debtor's Realtor was granted.

As such,

**IT IS** hereby **ORDERED:**

Any funds held in escrow or otherwise due to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys in relation to the hearing held on October 17, 2017, are hereby allowed to be disbursed.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard D. Barber  
Sherri L. Barber  
    Debtors

Case No. 16-11865-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 25, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.  
db/jdb         Richard D. Barber,    Sherri L. Barber,    309 New Leaf Ct,    Galloway, NJ   08205-9654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:

         Brad J. Spiller     on behalf of Debtor Richard D. Barber bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
         Brad J. Spiller     on behalf of Joint Debtor Sherri L. Barber bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
         Denise E. Carlon     on behalf of Creditor     LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Laura M. Egerman     on behalf of Creditor     Lehman XS Trust Mortgage bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Patrick O. Lacsina     on behalf of Creditor     Nationstar Mortgage LLC bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com  
         Steven P. Kelly     on behalf of Creditor     FNBN I, LLC, by PennyMac Loan Services, LLC, its servicing agent skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                                   TOTAL: 8