**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard D. Barber<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7054<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sherri L. Barber<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9559<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–11865–JNP | |

# Order of Discharge                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Richard D. Barber                                   Sherri L. Barber

   <u>10/18/18</u>                                         **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 16-11865-JNP
Richard D. Barber                                               Chapter 13
Sherri L. Barber
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2                  Date Rcvd: Oct 18, 2018
                              Form ID: 3180W           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db/jdb         Richard D. Barber,    Sherri L. Barber,    309 New Leaf Ct,    Galloway, NJ 08205-9654
r             +Daniel Boddy,    Century 21 Frick Realtors,    117 W. White Horse Pike,    Galloway, NJ 08205-9447
cr            +FNBN I, LLC, by PennyMac Loan Services, LLC, its s,    Stern & Eisenberg, PC,    1581 Main Street,
                Suite200,    Warrington, PA 18976-3400
cr            +Lehman XS Trust Mortgage,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suit # 100,
                Boca Raton, Fl 33487-2853
cr            +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
                Fairfield, NJ 07004-2927
515977133      Arrow Financial Servic,    5996 W Touhy Ave,    Niles, IL 60714-4610
515977135      Aurora Loan Services I,    ATTN: BANKRUPTCY DEPT.,    PO Box 1706,    Scottsbluff, NE 69363-1706
516651036     +Lehman XS Trust Mortgage,    ROBERTSON, ANSCHUTZ &  SCHNEID, P.L.,    6409 Congress Ave,
                Suite # 100,    Boca Raton Fl. 33487-2853
515977151      National Credit Soluti,    PO Box 15779,    Oklahoma City, OK 73155-5779
516196659     +Nationstar Mortgage, LLC,    PO Box 619094,    Dallas, TX 75261-9094
516115025     +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #320,    MOORPARK, CA 93021-2602
515998774     +PennyMac Loan Services, LLC,    C/O Aldridge Pite, LLP,    Fifteen Piedmont Center,
                3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
515977155      Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,    Los Angeles, CA 90051
515977154      Pennymac Loan Services,    27001 Agoura Rd,    Calabasas, CA 91301-5339
515977158     +Rwds660-dsb,    211 N Main,    Blunt, SD 57522-2022
515977160      Salute,    PO Box 105555,    Atlanta, GA 30348-5555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:58      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515977136      EDI: TSYS2.COM Oct 19 2018 03:23:00      Barclays Bank Delaware,
                ATTENTION: CUSTOMER SUPPORT DEPARTMEN,    PO Box 8833,    Wilmington, DE 19899-8833
515977163      EDI: CITICORP.COM Oct 19 2018 03:23:00      Thd/cbsd,    CITICORP CREDIT SERVICES/ATTN: CENTRAL,
                PO Box 20507,    Kansas City, MO 64195-0507
515977164      EDI: CITICORP.COM Oct 19 2018 03:23:00      Zales/cbsd,    ATTN.: CENTRALIZED BANKRUPTCY,
                PO Box 20363,    Kansas City, MO 64195-0363
516237572     +EDI: OPHSUBSID.COM Oct 19 2018 03:24:00      Candica, LLC,    C O WEINSTEIN & RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515977137      EDI: CAPITALONE.COM Oct 19 2018 03:23:00      Cap One,    CAPITAL ONE BANK (USA) N.A.,
                PO Box 30285,    Salt Lake City, UT 84130-0285
515977138     +EDI: CAPITALONE.COM Oct 19 2018 03:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
515977139      EDI: CHASE.COM Oct 19 2018 03:23:00      Chase,    PO Box 100018,    Kennesaw, GA 30156-9204
515977140     +E-mail/Text: shornbeck@peritusservices.com Oct 18 2018 23:52:45      Complete Credit Soluti,
                2921 Brown Trl,    Bedford, TX 76021-4174
515977141      E-mail/Text: kmoore@beacon-services.com Oct 18 2018 23:51:11      Estate Recoveries Inc,
                2400 York Rd,    Timonium, MD 21093-2239
515977143     +EDI: AMINFOFP.COM Oct 19 2018 03:23:00      First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
515977145      EDI: RMSC.COM Oct 19 2018 03:23:00      Gemb/jcp,    ATTENTION: BANKRUPTCY,    PO Box 103104,
                Roswell, GA 30076-9104
515977146      EDI: HFC.COM Oct 19 2018 03:23:00      Hsbc Bank,    ATTN: BANKRUPTCY,    PO Box 5213,
                Carol Stream, IL 60197-5213
515977148      EDI: HFC.COM Oct 19 2018 03:23:00      Hsbc/bstby,    ATTN: BANKRUPTCY,    PO Box 5263,
                Carol Stream, IL 60197-5263
515977149      EDI: JEFFERSONCAP.COM Oct 19 2018 03:23:00      Jefferson Capital Syst,    16 McLeland Rd,
                Saint Cloud, MN 56303-2198
516065092     +EDI: TCISOLUTIONS.COM Oct 19 2018 03:23:00      Mid America Bank and Trust,    PO Box 89725,
                Sioux Falls, SD 57109-9725
515977150      EDI: MID8.COM Oct 19 2018 03:23:00      Midland Credit Mgmt,    PO Box 939019,
                San Diego, CA 92193-9019
515977152      E-mail/Text: Bankruptcies@nragroup.com Oct 18 2018 23:52:51      National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA 17111-1036
515977153      E-mail/Text: bankruptcydepartment@tsico.com Oct 18 2018 23:52:37      Nco Fin /02,
                507 Prudential Rd,    Horsham, PA 19044-2308
516261459      EDI: PRA.COM Oct 19 2018 03:23:00      Portfolio Recovery Associates, LLC,
                c/o Hsbc Bank Nevada, N.a,    POB 41067,    Norfolk VA 23541
516265379      EDI: PRA.COM Oct 19 2018 03:23:00      Portfolio Recovery Associates, LLC,
                c/o Jc Penney Credit Card,    POB 41067,    Norfolk VA 23541
516264675      EDI: PRA.COM Oct 19 2018 03:23:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                POB 41067,    Norfolk VA 23541
515977156      EDI: TCISOLUTIONS.COM Oct 19 2018 03:23:00      Plains Comm,    PO Box 89937,
                Sioux Falls, SD 57109-6937
515977157      EDI: TCISOLUTIONS.COM Oct 19 2018 03:23:00      Plains Commerce Bank,    PO Box 89937,
                Sioux Falls, SD 57109-6937
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Oct 18, 2018
                               Form ID: 3180W           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515977162         EDI: CBS7AVE Oct 19 2018 03:23:00      Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
                                                                                            TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515977134*        Arrow Financial Servic,    5996 W Touhy Ave,    Niles, IL 60714-4610
515977144*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515977147*        Hsbc Bank,    ATTN: BANKRUPTCY,    PO Box 5213,    Carol Stream, IL 60197-5213
515977161*        Salute,    PO Box 105555,    Atlanta, GA 30348-5555
515977142       ##First Bk Of De/simply,    1000 Rocky Run Pkwy,    Wilmington, DE 19803-1455
515977159      ##+Ryan Barber,    910 Symphony Beach Lane,    Apollo Beach, FL 33572-2738
515977165       ##Zucker, Goldberg & Ackerman, LLC,    PO Box 1024,    Mountainside, NJ 07092-0024
                                                                             TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:
```
              Andrew Thomas Archer    on behalf of Joint Debtor Sherri L. Barber aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Debtor Richard D. Barber aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Richard D. Barber bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Brad J. Spiller    on behalf of Joint Debtor Sherri L. Barber bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-2N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor    Lehman XS Trust Mortgage bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lynn Therese Nolan    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
               Series 2007-2N, U.S. Bank National Association, as Trustee as serviced by Nationstar Mortgage
               LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com,    jbommelje@grosspolowy.com
              Lynn Therese Nolan    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-2N, U.S. Bank National Association, as Trustee ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC ,    PATRICK.LACSINA@GMAIL.COM
              Sindi Mncina    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2007-2N, U.S. Bank National Association, as Trustee smncina@rascrane.com
              Steven P. Kelly    on behalf of Creditor    FNBN I, LLC, by PennyMac Loan Services, LLC, its
               servicing agent skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 13
```